IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY LOVE                                                                                           PLAINTIFF
ADC #095074

V.                                        NO. 5:05CV00325 JLH

LARRY NORRIS, et al                                                                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 6th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE